IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MOHAMED ABDULKADIR,<br><br>Petitioner,<br><br>vs.<br><br>SCOTT R. FRAKES, Director of Corrections; and BRAD HANSEN, Warden at TSCI;<br><br>Respondents. | 8:17CV142<br><br>MEMORANDUM AND ORDER |

This matter is before the court on Petitioner's Motion for Leave to Request an Extension of Time (Filing No. 16) to file a response to Respondents' Motion for Summary Judgment (Filing No. 13). Petitioner's motion will be granted. The court will rule on Petitioner's Motion to Stay (Filing No. 15) at the time that it rules on Respondents' summary judgment motion.

IT IS THEREFORE ORDERED that: Petitioner's Motion for Leave to Request an Extension of Time (Filing No. 16) is granted. **Petitioner shall file a response to Respondents' summary judgment motion no later than November 8, 2017.** The clerk's office is directed to set a pro se case management deadline using the following language: November 8, 2017: check for Petitioner's response.

Dated this 18th day of September, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge