IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MOHAMED ABDULKADIR,<br><br>　　　　　　Petitioner,<br><br>vs.<br><br>SCOTT R. FRAKES, Director of Corrections; and BRAD HANSEN, Warden at TSCI;<br><br>　　　　　　Respondents. | 8:17CV142<br><br>MEMORANDUM AND ORDER |

This matter is before the court on Petitioner's Motion for Leave to Request an Extension of Time (Filing No. 18) to file a response to Respondents' Motion for Summary Judgment (Filing No. 13). The court previously granted Petitioner and extension of time. (Filing No. 17.) Given the circumstances described by Petitioner, the court will grant Petitioner's motion, but **Petitioner is advised that no further extensions will be granted**.

IT IS THEREFORE ORDERED that: Petitioner's Motion for Leave to Request an Extension of Time (Filing No. 18) is granted. **Petitioner shall file a response to Respondents' summary judgment motion no later than December 18, 2017**. The clerk's office is directed to set a pro se case management deadline using the following language: **December 18, 2017**: check for Petitioner's response.

Dated this 25th day of October, 2017.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ *Richard G. Kopf*
　　　　　　　　　　　　　　　　　　Senior United States District Judge