IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MOHAMED ABDULKADIR,<br><br>　　　　　　　Petitioner,<br><br>vs.<br><br>SCOTT R. FRAKES, Director of Corrections; and BRAD HANSEN, Warden at TSCI;<br><br>　　　　　　　Respondents. | 8:17CV142<br><br>MEMORANDUM<br>AND ORDER |

This matter is before the court on Plaintiff's Motion for Leave to Appeal in Forma Pauperis. ([Filing No. 25](#).) Plaintiff filed a Notice of Appeal ([filing no. 24](#)) on April 23, 2018. Plaintiff appeals from the court's Judgment dated March 28, 2018. ([Filing No. 22](#); [Filing No. 23](#).) Upon review of Plaintiff's Motion for Leave to Appeal in Forma Pauperis, the court finds Plaintiff is entitled to proceed in forma pauperis on appeal.

IT IS ORDERED that:

1.　　Plaintiff's Motion for Leave to Appeal in Forma Pauperis ([filing no. 25](#)) is granted.

2.　　The clerk's office is directed to provide the Eighth Circuit Court of Appeals with a copy of this order.

Dated this 26th day of April, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge